IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAM ZALLOUM,

      Appellant,

v.

                                        Case No.  5D21-3183
                                        LT Case No. 2009-CA-006648

DEANO S. ESPOSITA, AMY C. ESPOSITA,
SUNTRUST BANK, REGIONS BANK D/B/A
AMSOUTH BANK, AND MAGNOLIA PLANTATION
HOMEOWNERS ASSOCIATION, INC.,

      Appellees.

_____/

Decision filed August 1, 2023

Appeal from the Circuit Court
for Seminole County,
Susan Stacy, Judge.

Sam Zalloum, Enterprise, pro se.

Gennifer L. Bridges and Eric S. Golden,
of Burr & Forman LLP, Orlando, Charles
P. Gufford, of McCalla Raymer Leibert
Pierce, LLC, Orlando, and Adria Maria
Jensen, of Shumaker, Loop & Kendrick,
LLP, Sarasota, for Appellee, Truist Bank,
Successor by Merger to Suntrust Bank.

No Appearance for Other Appellees.

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., LAMBERT and EISNAUGLE, JJ., concur.